UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEFA SAMADI,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON SMF3,<br><br>        Defendants. | Case No. 25-cv-07525-JD<br><br>**ORDER RE TRANSFER** |

Pro se plaintiff Atefa Samadi sued defendant Amazon SMF3 in Alameda County Superior Court for disability and employment claims related to a workplace injury. Dkt. No. 1-2. Amazon removed the case to this Court on grounds of diversity jurisdiction under 28 U.S.C. § 1332(a). Dkt. No. 1 at 3. Samadi did not challenge the removal.

Amazon asks for the case to be transferred to the Eastern District of California under a venue provision with respect to Title VII and Americans with Disabilities Act claims. Dkt. No. 5 at 2 (citing 42 U.S.C. § 2000e-5(f)(3)). The applicability of this venue provision is not entirely clear. The complaint does not expressly allege an ADA or other federal claim, and Amazon did not remove on the basis of a federal question. Dkt. Nos. 1-2, 1. Samadi did not oppose or otherwise respond to the transfer request.

The case is transferred to the Eastern District under 28 U.S.C. § 1404(a) for the convenience of the parties and witness, and in the overall interests of justice and case management efficiency. *See Washington Pub. Utilities Grp. v. U.S. Dist. Ct. for W. Dist. of Washington*, 843 F.2d 319, 326 (9th Cir. 1987) ("[S]ection 1404(a) does not expressly require that a formal motion be made before the court can decide that a change of venue is appropriate."); *ASAP Copy and Print v. Brown*, 646 F. App'x 495, 496 n.3 (9th Cir. 2016) (unpublished) ("We also reject the

plaintiffs' argument that the district court lacked the power to grant the defendants' motion to transfer venue without providing the plaintiffs with an opportunity to respond." (citation omitted)). The case arises from events said to have happened at Amazon's facility in Stockton, California, where Samadi worked, *see* Dkt. No. 1-2 at ECF pp. 5, 9, and which is in the Eastern District. Samadi lives in Gold River, California, *id*. at ECF p. 2, which is also in the Eastern District. The witnesses, documents, and other evidence are located within the Eastern District, and the burden of prosecuting the case there will be considerably lighter for Samadi. Nothing in the record indicates anything material to the case is within this District. Consequently, the case is transferred to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: November 7, 2025

JAMES DONATO
United States District Judge

2